1

**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)

2

Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)

3

101 S. Western Ave., Second Floor
Los Angeles, CA 90004

4

Telephone: (213) 252-8008
Facsimile: (213) 252-8009

5

cm@SoCalEAG.com

6

Attorneys for Plaintiff
ALVARO OROSCO

7

8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

11

ALVARO OROSCO,

**Case No.: 8:23-cv-02314-JWH-KES**

12

Plaintiff,

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

13

vs.

14

AVTAR SINGH D/B/A CITY MARKET;

15

BGN FREMONT SQUARE LTD., A
CALIFORNIA LIMITED

16

PARTNERSHIP; and DOES 1 to 10,

17

Defendants.

18

19

20

    **PLEASE TAKE NOTICE** that Plaintiff ALVARO OROSCO ("Plaintiff")

21

pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses

22

the entire action *with* prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)

23

which provides in relevant part:

24

(a) **Voluntary Dismissal.**

25

    (1)    *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66

26

        and any applicable federal statute, the plaintiff may dismiss an action

27

        without a court order by filing:

28

1

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION**

1

(i)      A notice of dismissal before the opposing party serves either an

2

answer or a motion for summary judgment.

3

None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for

4

summary judgment.  Accordingly, this matter may be dismissed without an Order of the

5

Court.

6

7

DATED:  March 1, 2024          **SO. CAL. EQUAL ACCESS GROUP**

8

9

10

By:  ___*/s/   Jason J. Kim*___
                                   Jason J. Kim, Esq.
                                   Attorneys for Plaintiff

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION**